UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| LAGRACIOUS SMITH, | Civil No. 25-1196 (JRT/DLM) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| SOCIAL SECURITY USA, | |
| Defendant. | |

---

LaGracious Smith, General Delivery, St. Paul, MN 55101, *pro se* plaintiff.

James D. Sides, **SOCIAL SECURITY ADMINISTRATION,** Office of the General Counsel, Office of Program Litigation, Office 4, 6401 Security Boulevard, Baltimore, MD 21235, for defendant.

United States Magistrate Judge Douglas L. Micko filed a Report and Recommendation on May 16, 2025. (ECF No. 16.) No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 16) is **ADOPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

2

DATED: June 23, 2025
at Minneapolis, Minnesota.

          s/John R. Tunheim
JOHN R. TUNHEIM
United States District Court